# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed, motion for rehearing.

_____

No. 3D23-297
Lower Tribunal No. 18-13586
_____

**Deixi Esquerra, etc.,**
Appellant,

vs.

**Sari Jacob,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Diaz, Reus & Targ, LLP, Brant C. Hadaway, and Ibrahim M. Amir, for appellant.

Rizk Law, PLLC, Beshoy Rizk, Hutchison Law, P.A., and Courtney D. Hutchison (Naples), for appellee.

Before SCALES, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed. See Int'l Sec. Mgmt. Grp., Inc. v. Rolland, 271 So. 3d 33, 49 (Fla. 3d DCA 2018) ("'In negligence actions Florida courts follow the more likely than not standard of causation and require proof that the negligence probably caused the plaintiff's injury.'") (quoting Siegel v. Cross Senior Care, Inc., 239 So. 3d 738, 741 (Fla. 3d DCA 2018)); Benitez v. Joseph Trucking, Inc., 68 So. 3d 428, 431 (Fla. 5th DCA 2011) ("Expert testimony is . . . necessary to establish legal causation where the issue is beyond the common knowledge of laymen.") (citing Greene v. Flewelling, 366 So. 2d 777, 780 (Fla. 2d DCA 1978)).